William R. Walz [SBN 136995]
ww@inhouseco.com
Alexander Chen [SBN 245798]
Alexc@inhouseco.com
Theodore Lee [SBN 281475]
tlee@inhouseco.com
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Telephone: (949) 250-1555
Facsimile: (714) 882-7770

Attorney for Plaintiff,
Sincere Orient Commercial Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **SINCERE ORIENT COMMERCIAL CORPORATION**, a California corporation,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>**CITY OF INDUSTRY, SUCCESSOR AGENCY TO THE INDUSTRY URBAN-DEVELOPMENT AGENCY**, a California unit of local government; **FOX LUGGAGE, INC.**, a California corporation; and **DOES 1 through 50**, inclusive,<br><br>　　　Defendants. | Case No.:  2:17-cv-04755-PSG-RAO<br><br>**PROOF OF SERVICE OF CITY OF INDUSTRY** |

1
PROOF OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Industry (see below for complete name of Defendant) was received by me on *(date)* 09/18/2017.

☑ I personally served the summons on the individual at *(place)* 15625 East Stafford Street, City of Industry, CA 91744 (City of Industry/City Hall) on *(date)* 09/25/2017; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diane M. Schlichting (Chief Deputy City Clerk), who is designated by law to accept service of process on behalf of *(name of organization)* (see below for complete name of Defendant) on *(date)* 09/25/2017; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify)*: City of Industry, Successor Agency to the Industry Urban-Development Agency, a California unit of local government.

Lynn Thompson (Administrative Technician) accepted for Diane M. Schlichting.

My fees are $ 0.00 for travel and $ 117.31 for services, for a total of $ 117.31.

I declare under penalty of perjury that this information is true.

Date: 09/26/2017

*Server's signature*

Ronne Johnsen / Process Server
*Printed name and title*

Aplus Process Service
3848 Campus Drive, Suite 216, Newport Beach, CA 92660
888-992-7587 / 714-868-2251   Orange / RPS #2777
*Server's address*

Additional information regarding attempted service, etc: