Gary F. Wang (SBN 195,656)
garywang@gfwanglaw.com
Jeannine V. Stepanian (SBN 313,291)
jstepanian@gfwanglaw.com
Law Offices of Gary F. Wang
448 South Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002

Attorneys for Fox Luggage, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SINCERE ORIENT COMMERCIAL CORPORATION, a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF INDUSTRY, SUCCESSOR AGENCY TO THE INDUSTRY URBAN-DEVELOPMENT AGENCY, California unit of local government; FOX LUGGAGE, INC. a California corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE No.: 2:17-CV-04755-PSG-RAO<br><br>**NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT PURSUANT TO F.R.C.P. 55(C)**<br><br>Date:       January 22, 2018<br>Time:       1:30 pm<br>Courtroom:  Courtroom 6A |

TO PLAINTIFF AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 22, 2018 at 1:30 pm, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565, Defendant Fox Luggage, Inc. will and hereby does move the Court pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to set aside the Default entered by the

Clerk on October 27, 2017.

    This motion is brought on the following grounds: excusable neglect caused the delay in filing an answer to plaintiff's complaint; defendant has a good and meritorious defense to the claims for relief alleged; and Plaintiff will suffer no prejudice.

    This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Wayne Wang, and the Declaration of Gary F. Wang, the Proposed Order, and upon such other matters as may be presented to the Court at the time of the hearing.

Date: November 22, 2017

                                        /s/*Gary F. Wang*
                                        Gary Wang
                                        Attorney for Defendant
                                        Fox Luggage, Inc.