Gary F. Wang (SBN 195,656)
garywang@gfwanglaw.com
Jeannine V. Stepanian (SBN 313,291)
jstepanian@gfwanglaw.com
Law Offices of Gary F. Wang
448 South Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002

Attorneys for Defendant, FOX LUGGAGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SINCERE ORIENT COMMERCIAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INDUSTRY, SUCCESSOR AGENCY TO THE INDUSTRY URBAN-DEVELOPMENT AGENCY, California unit of local government; FOX LUGGAGE, INC. a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-04755-PSG-RAO<br><br><br>**DECLARATION OF WAYNE WANG IN SUPPORT OF MOTION TO SET ASIDE DEFAULT** |

1. I, Wayne Wang, am the president of Defendant Fox Luggage, Inc. ("Fox Luggage") in the above captioned case. I submit this declaration in support of Motion to Set Aside Default filed with this declaration. The facts stated in this declaration are within my personal knowledge, and if called as a witness I could and would testify as follows.

2. I believe that service of the Summons and First Amended Complaint ("Complaint") in this action was made on Fox Luggage's agent of service, Grace Chin at 821 S. Garfield Avenue, #201, Alhambra, CA 91801, on or about September 20, 2017.

3. Fox Luggage failed to respond within the time permitted by law for the following reason:

    a. Grace Chin indicated that she received the Complaint on or about September 20, 2017. She believed that she put the documents in an envelope and mailed in a regular mail to Fox Luggage.

    b. On or about November 2, 2017, I received a letter from Grace Chin in a regular mail with the Request for Default from the plaintiff in this case. At that time, I realized that Fox Luggage was being sued by the plaintiff and I also learned from Grace Chin that she had mailed the Complaint to Fox Luggage previously.

    c. I checked with our mailroom and people in our company to see if anyone saw such documents from Grace Chin. No one in Fox Luggage claimed to see such documents.

    d. As soon as I was able, I engaged our attorney, Gary F. Wang, Esq. to represent Fox Luggage in this case.

4. I believe I have a just and complete defense to the Complaint filed herein, for the following reasons:

    a. The City of Industry has a right to sell the property that the city property to Fox Luggage for land development and the sales procedure is legal and proper.

    b. Fox Luggage went through all legal and necessary process required by the relevant laws of the State of California and the laws of the United States to purchase the property sold by the city. All of the acts done by Fox Luggage are open, transparent and legal. Fox Luggage did not commit any fraud or

1  conspiracy to commit fraud in the process of acquiring the subject property.

2      c.    Fox Luggage has never provided anyone, including any city official or city member, any benefit in connection with the process of acquiring the subject property.

    d.    Fox Luggage has never colluded with any city official or city member in connection with the process of acquiring the subject property.

    e.    Fox Luggage has never conspired with anyone, including any city official or city member to commit any anti-competitive act in connection with the process of acquiring the subject property.

    f.    Fox Luggage has never knowingly interfered with anyone's contractual relationship in connection with the process of acquiring the subject property.

Attached hereto is a copy of the answer Fox Luggage propose to file in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed on this November 10, 2017 at Commerce, California.

Wayne Wang