Gary F. Wang (SBN 195,656)
garywang@gfwanglaw.com
Jeannine V. Stepanian (SBN 313,291)
jstepanian@gfwanglaw.com
Law Offices of Gary F. Wang
448 South Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002

Attorneys for Fox Luggage, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SINCERE ORIENT COMMERCIAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INDUSTRY, SUCCESSOR AGENCY TO THE INDUSTRY URBAN-DEVELOPMENT AGENCY, California unit of local government; FOX LUGGAGE, INC. a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE No.: 2:17-CV-04755-PSG-RAO<br><br>**DECLARATION OF GARY WANG IN SUPPORT OF DEFENDANT FOX LUGGAGE, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

## DECLARATION OF GARY WANG

I, GARY WANG, declare:

1.      I am an attorney at law licensed to practice before all of the Courts of this state and I am a member of the bar of this Court.  I am the attorney responsible for representing Defendant Fox Luggage, Inc. ("Fox Luggage") in this litigation.  I make this declaration in support of Fox Luggage's Motion to Set Aside Entry of Default.  The facts stated in this declaration are within my personal knowledge, except as where stated on information and belief and, as to those facts, I believe them to be true, and if called as a witness I could and would testify as follows.

2.      I contacted Plaintiff's counsel Alexander Chen via electronic mail on November 7, 2017 in an attempt to meet and confer for the purpose of filing a motion to set aside the default entered against Fox Luggage. Mr. Chen and his co-counsel William Walz replied the following two days regarding the same.

3.      On November 9, 2017, Mr. Walz informed me via electronic mail that the total cost of taking the default was $415.

4.      On November 13, 2017, I informed Mr. Walz and Mr. Chen, via electronic mail, that Fox Luggage agreed to pay the cost of taking the default, and that I would prepare the joint motion to set aside default and declaration in support thereof.

5.      On November 14, 2017, I provided Mr. Walz and Mr. Chen with a copy of the Declaration of Wayne Wang in Support of Joint Motion to Set Aside Default via electronic mail.

6.      On November 20, 2017, I called Mr. Walz to discuss the joint motion and declaration. Receiving no answer, I left Mr. Walz a voicemail message.

7.      Thereafter and also on November 20, 2017, I emailed Mr. Walz informing him that I had attempted to reach him by phone and had left him a voicemail message. Mr. Chen was copied on this message.

8.   On November 21, 2017, I called Mr. Walz at his mobile number, and left another voicemail message.

9.   Thereafter and also on November 2017, I also emailed Mr. Walz to inform him of the two phone calls and the two voicemails. I repeated my request that he contact me to discuss the motion to set aside default.

10.   I have not received an electronic message, phone call, or any other correspondence from Plaintiff's counsel since November 9, 2017. Despite repeated attempts via multiple channels of communication to contact Plaintiff's counsel to meet and confer regarding the motion to set aside default, I have been unable to reach Plaintiff's counsel.

11.   Despite having made numerous good-faith attempts to meet and confer with Plaintiff's counsel per Local Rule 7-3 I have been unable to meet and confer with Plaintiff's counsel regarding this motion.

12.   Due to a lack of response from Plaintiff's counsel I must file the Motion to Set Aside Entry of Default, filed herewith, without prior conference of counsel at least ten days prior to the filing of the motion per Local Rule 7-3.

13.   True and correct copies of all of the above-mentioned electronic mails are attached hereto as Exhibit A.

I declare under penalty of perjury in accordance with the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 22, 2017 at Pasadena, California.

_____
Gary Wang

8.     On November 21, 2017, I called Mr. Walz at his mobile number, and left another voicemail message.

9.     Thereafter and also on November 2017, I also emailed Mr. Walz to inform him of the two phone calls and the two voicemails. I repeated my request that he contact me to discuss the motion to set aside default.

10.     I have not received an electronic message, phone call, or any other correspondence from Plaintiff's counsel since November 9, 2017. Despite repeated attempts via multiple channels of communication to contact Plaintiff's counsel to meet and confer regarding the motion to set aside default, I have been unable to reach Plaintiff's counsel.

11.     Despite having made numerous good-faith attempts to meet and confer with Plaintiff's counsel per Local Rule 7-3 I have been unable to meet and confer with Plaintiff's counsel regarding this motion.

12.     Due to a lack of response from Plaintiff's counsel I must file the Motion to Set Aside Entry of Default, filed herewith, without prior conference of counsel at least ten days prior to the filing of the motion per Local Rule 7-3.

13.     True and correct copies of all of the above-mentioned electronic mails are attached hereto as Exhibit A.

I declare under penalty of perjury in accordance with the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 22, 2017 at Pasadena, California.

_____
Gary Wang

# Exhibit A

 Gmail

---

## Sincere Orient Commercial Corporation v. City of Industry, et al., Case No.: 2:17-cv-04755-PSG-RAO

10 messages

---

**Gary Wang** <garywang@gfwanglaw.com>                          Mon, Nov 6, 2017 at 2:07 PM
To: alexc@inhouseco.com, ww@inhouseco.com, tlee@inhouseco.com
Cc: Jeannine Stepanian <jstepanian@gfwanglaw.com>

Dear Mr. Chen:

Our firm has just been retained by Fox Luggage, Inc. to represent Defendant Fox Luggage, Inc. in the above-captioned case. Our client just got the complaint and the request for entry of default from its CPA. I called you twice today and left messages asking for a stipulation for extension of time to file a response to the complaint. I have not yet received your response.

I understand that you have filed a request for entry of default with the Court. But I believe that it will save both your and our time as well as the Court's time to stipulate an extension of time to file a response to the complaint, rather than fight for the request for entry of default in Court.

Please let me know if you agree to the extension of time for two weeks to file a response. Thank you in advance for your anticipated cooperation.

Gary Wang

Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. The information and/or documents contained in this electronic message are from the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to this message to let us know, and then please delete this message from your system. Thank you.

---

**Gary Wang** <garywang@gfwanglaw.com>                    Tue, Nov 7, 2017 at 5:06 PM
To: alexc@inhouseco.com, ww@inhouseco.com, tlee@inhouseco.com
Cc: Jeannine Stepanian <jstepanian@gfwanglaw.com>

Mr. Chen:

We are informed that the Court clerk in the above-captioned case has entered a default against our client Fox
Luggage, Inc.  I would like to set a meet and confer conference for the purpose of filing a motion to set aside the
default entered against Fox Luggage, Inc.  I am hoping that you agree to file a joint motion to set aside the
default.  Please let me know when is your earliest convenience to have such a meet and confer conference.
 Thank you.

Gary Wang


Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we
inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless
otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1)
avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another
party any matters addressed herein.  The information and/or documents contained in this electronic message are from
the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the
use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this
message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified
that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance
on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to
this message to let us know, and then please delete this message from your system. Thank you.


[Quoted text hidden]

---

**Alexander Chen** <alexc@inhouseco.com>                    Wed, Nov 8, 2017 at 8:29 AM
To: Gary Wang <garywang@gfwanglaw.com>
Cc: ww@inhouseco.com, tlee@inhouseco.com, Jeannine Stepanian <jstepanian@gfwanglaw.com>

Thank you Gary for your email.

I am out of office this week.  My co counsel William will revert back to you today.

Best regards,

Sent from my iPhone
[Quoted text hidden]

---

**William Walz** <ww@inhouseco.com>                    Wed, Nov 8, 2017 at 10:34 AM
To: Gary Wang <garywang@gfwanglaw.com>
Cc: Alexander Chen <alexc@inhouseco.com>, Theodore Lee <tlee@inhouseco.com>, Jeannine Stepanian
<jstepanian@gfwanglaw.com>

Hello Mr. Wang,

I am co-counsel with Mr. Alexander Chen in this matter. We are of course respectful of the Court's time and mindful of the legal costs to the parties. It is yet unclear why your client chose to ignore service of the complaint filed against it. Mr. Chen relayed information from you that it had something to do with your client's CPA/agent for service of process dropping the ball and not taking the required action. In any event, as a professional courtesy to you, we will advise our client, who has already obviously been put to great expense and severely prejudiced by the action we complain of in this lawsuit, to cooperate in your request, if you would be so kind as to have the CPA/agent for service prepare and execute a Declaration explaining clearly, the reason for the failure to timely respond to the Service of Process, and reimburse our client the actual cost for having to take the default and now participate in the motion you are seeking.

Of course, if this is not acceptable, we will fully honor our obligations to meet and confer with you.

I can be reached by telephone 949-887-5897 today after 3:30 PM, or by email.

Thank you in advance for your courtesy and cooperation.

Sincerely,

William Walz
[Quoted text hidden]
--
William R. Walz, Esq.

Inhouse Co Law Firm
Irvine Office: Yard House Restaurant Bldg.
7700 Irvine Center Dr. Suite 800
Irvine, CA 92618
V 949-250-1555
F 714-882-7770
C 949-887-5897

Inhouse Co Law Firm
San Jose Office: Almaden Financial Plaza
1 Almaden Blvd Suite 810
San Jose, Ca. 95113
V 408-918-5393
F 650-204-6802

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

TAX ADVICE LIMITATION: To ensure compliance with the requirements of Circular 230, we inform you that, unless expressly stated otherwise in this communication (or any attachment), any tax advice contained in this communication (or any attachment) is not intended or written to be used (i) by any taxpayer for the purpose of avoiding penalties that may otherwise be imposed under the Internal Revenue Code or (ii) by anyone for the purpose of promoting, marketing or recommending to another party any entity, investment plan or arrangement addressed herein.

Gary Wang <garywang@gfwanglaw.com>                                    Wed, Nov 8, 2017 at 4:27 PM

To: William Walz <ww@inhouseco.com>
Cc: Alexander Chen <alexc@inhouseco.com>, Theodore Lee <tlee@inhouseco.com>, Jeannine Stepanian <jstepanian@gfwanglaw.com>

Mr. Walz:

Thank you for your email. I appreciate that you are willing to work with us in resolving the default issue.

We are going to prepare for a declaration under oath from Fox Luggage, Inc. to explain the reason for not filing a timely response to the complaint. Before asking our client for an agreement to pay for the cost of taking the default, would you please let me know how much the cost is? Thank you.

Gary


Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. The information and/or documents contained in this electronic message are from the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to this message to let us know, and then please delete this message from your system. Thank you.

[Quoted text hidden]

--------------------------------------------------------------------------------------------------

**William Walz** <ww@inhouseco.com>                                    Thu, Nov 9, 2017 at 3:55 PM
To: Gary Wang <garywang@gfwanglaw.com>
Cc: Alexander Chen <alexc@inhouseco.com>, Theodore Lee <tlee@inhouseco.com>, Jeannine Stepanian <jstepanian@gfwanglaw.com>

Mr. Wang,

Thank you for your response and proposal. The cost of taking the default was: 1 hour of attorney time at $350/hour, and 1 hour of paralegal time at $65/hour, for a total of $415.00.

Best regards,

WW
[Quoted text hidden]

--------------------------------------------------------------------------------------------------

**Gary Wang** <garywang@gfwanglaw.com>                                  Mon, Nov 13, 2017 at 1:57 PM

To: William Walz <ww@inhouseco.com>
Cc: Alexander Chen <alexc@inhouseco.com>, Theodore Lee <tlee@inhouseco.com>, Jeannine Stepanian
<jstepanian@gfwanglaw.com>

Mr. Walz:

Our client agrees to pay your client $415 for the filing of the request for default.  I am prepare for the declaration
and will forward it to you later.  We will prepare for a joint motion to set aside default.  Please let me know if you
have any question.  Thank you.

Gary


Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we
inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless
otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1)
avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another
party any matters addressed herein.  The information and/or documents contained in this electronic message are from
the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the
use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this
message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified
that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance
on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to
this message to let us know, and then please delete this message from your system. Thank you.


[Quoted text hidden]

---

**Gary Wang** <garywang@gfwanglaw.com>                          Tue, Nov 14, 2017 at 4:25 PM
To: William Walz <ww@inhouseco.com>
Cc: Alexander Chen <alexc@inhouseco.com>, Theodore Lee <tlee@inhouseco.com>, Jeannine Stepanian
<jstepanian@gfwanglaw.com>

Mr. Walz:

Here is a copy of d draft declaration for your review.  Thank you.

Gary



Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.  The information and/or documents contained in this electronic message are from the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to this message to let us know, and then please delete this message from your system. Thank you.

> On Nov 13, 2017, at 1:57 PM, Gary Wang <garywang@gfwanglaw.com> wrote:
>
> Mr. Walz:
>
> Our client agrees to pay your client $415 for the filing of the request for default.  I am prepare for the declaration and will forward it to you later.  We will prepare for a joint motion to set aside default.  Please let me know if you have any question.  Thank you.
>
> Gary
>
>
> Gary F. Wang
> Law Offices of Gary F. Wang
> 448 S. Pasadena Avenue
> Pasadena, California 91105-1838
> Telephone: (626) 585-8001
> Facsimile: (626) 585-8002
> Email: garywang@gfwanglaw.com
>
> Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.  The information and/or documents contained in this electronic message are from the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to this message to let us know, and then please delete this message from your system. Thank you.
>
>
> On Nov 9, 2017, at 3:55 PM, William Walz <ww@inhouseco.com> wrote:
>
> Mr. Wang,
>
> Thank you for your response and proposal.  The cost of taking the default was: 1 hour of attorney time at $350/hour, and 1 hour of paralegal time at $65/hour, for a total of $415.00.
>
> Best regards,
>
> WW

On Wed, Nov 8, 2017 at 4:27 PM, Gary Wang <garywang@gfwanglaw.com> wrote:

Mr. Walz:

Thank you for your email. I appreciate that you are willing to work with us in resolving the default issue.

We are going to prepare for a declaration under oath from Fox Luggage, Inc. to explain the reason for not filing a timely response to the complaint. Before asking our client for an agreement to pay for the cost of taking the default, would you please let me know how much the cost is? Thank you.

Gary


Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. The information and/or documents contained in this electronic message are from the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to this message to let us know, and then please delete this message from your system. Thank you.


On Nov 8, 2017, at 10:34 AM, William Walz <ww@inhouseco.com> wrote:

Hello Mr. Wang,

I am co-counsel with Mr. Alexander Chen in this matter. We are of course respectful of the Court's time and mindful of the legal costs to the parties. It is yet unclear why your client chose to ignore service of the complaint filed against it. Mr. Chen relayed information from you that it had something to do with your client's CPA/agent for service of process dropping the ball and not taking the required action. In any event, as a professional courtesy to you, we will advise our client, who has already obviously been put to great expense and severely prejudiced by the action we complain of in this lawsuit, to cooperate in your request, if you would be so kind as to have the CPA/agent for service prepare and execute a Declaration explaining clearly, the reason for the failure to timely respond to the Service of Process, and reimburse our client the actual cost for having to take the default and now participate in the motion you are seeking.

Of course, if this is not acceptable, we will fully honor our obligations to meet and confer with you.

I can be reached by telephone 949-887-5897 today after 3:30 PM, or by email.

Thank you in advance for your courtesy and cooperation.

Sincerely,

William Walz

On Tue, Nov 7, 2017 at 5:06 PM, Gary Wang <garywang@gfwanglaw.com> wrote:

Mr. Chen:

We are informed that the Court clerk in the above-captioned case has entered a default against our client Fox Luggage, Inc. I would like to set a meet and confer conference for the purpose of filing a motion to set aside the default entered against Fox Luggage, Inc. I am hoping that you agree to file a joint motion to set aside the default. Please let me know when is your earliest convenience to have such a meet and confer conference. Thank you.

Gary Wang

Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. The information and/or documents contained in this electronic message are from the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to this message to let us know, and then please delete this message from your system. Thank you.

On Nov 6, 2017, at 2:07 PM, Gary Wang <garywang@gfwanglaw.com> wrote:

Dear Mr. Chen:

Our firm has just been retained by Fox Luggage, Inc. to represent Defendant Fox Luggage, Inc. in the above-captioned case. Our client just got the complaint and the request for entry of default from its CPA. I called you twice today and left messages asking for a stipulation for extension of time to file a response to the complaint. I have not yet received your response.

I understand that you have filed a request for entry of default with the Court. But I believe that it will save both your and our time as well as the Court's time to stipulate an extension of time to file a response to the complaint, rather than fight for the request for entry of default in Court.

Please let me know if you agree to the extension of time for two weeks to file a response. Thank you in advance for your anticipated cooperation.

Gary Wang

Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the
IRS under Circular 230, we inform you that any U.S. federal tax advice contained
in this communication (including any attachments), unless otherwise specifically
stated, was not intended or written to be used, and cannot be used, for the purpose
of (1) avoiding penalties under the Internal Revenue Code or (2) promoting,
marketing or recommending to another party any matters addressed herein.  The
information and/or documents contained in this electronic message are from the
Law Offices of Gary F. Wang, which are confidential and/or legally privileged.
The information is intended only for the use of the individual or entity named as a
designated recipient. If you are not one of the intended recipients of this message,
or you are not an agent responsible for delivering it to one of the intended
recipients, you are hereby notified that you have received this message in error,
and any disclosure, copying, distribution or taking of any action in reliance on the
contents of this electronic message is strictly prohibited. If you have received this
message in error, please reply to this message to let us know, and then please
delete this message from your system. Thank you.

--
William R. Walz, Esq.

Inhouse Co Law Firm
Irvine Office: Yard House Restaurant Bldg.
7700 Irvine Center Dr. Suite 800
Irvine, CA 92618
V 949-250-1555
F 714-882-7770
C 949-887-5897

Inhouse Co Law Firm
San Jose Office: Almaden Financial Plaza
1 Almaden Blvd Suite 810
San Jose, Ca. 95113
V 408-918-5393
F 650-204-6802

This message, including any attachments, may contain confidential,
attorney-client privileged, attorney work product, or business confidential
information, and is only for the use of the intended recipient(s). Any
review, use or distribution by others is prohibited. If you are not the

intended recipient, please contact the sender and delete all copies.

TAX ADVICE LIMITATION: To ensure compliance with the requirements of Circular 230, we inform you that, unless expressly stated otherwise in this communication (or any attachment), any tax advice contained in this communication (or any attachment) is not intended or written to be used and cannot be used (i) by any taxpayer for the purpose of avoiding penalties that may otherwise be imposed under the Internal Revenue Code or (ii) by anyone for the purpose of promoting, marketing or recommending to another party any entity, investment plan or arrangement addressed herein.

--
William R. Walz, Esq.

Inhouse Co Law Firm
Irvine Office: Yard House Restaurant Bldg.
7700 Irvine Center Dr. Suite 800
Irvine, CA 92618
V 949-250-1555
F 714-882-7770
C 949-887-5897

Inhouse Co Law Firm
San Jose Office: Almaden Financial Plaza
1 Almaden Blvd Suite 810
San Jose, Ca. 95113
V 408-918-5393
F 650-204-6802

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

TAX ADVICE LIMITATION: To ensure compliance with the requirements of Circular 230, we inform you that, unless expressly stated otherwise in this communication (or any attachment), any tax advice contained in this communication (or any attachment) is not intended or written to be used and cannot be used (i) by any taxpayer for the purpose of avoiding penalties that may otherwise be imposed under the Internal Revenue Code or (ii) by anyone for the purpose of promoting, marketing or recommending to another party any entity, investment plan or arrangement addressed herein.

📄 **Declaration of Wayne Wang for Joint Motion rev.pdf**

82K

---

**Gary Wang** <garywang@gfwanglaw.com>                    Mon, Nov 20, 2017 at 2:21 PM
To: William Walz <ww@inhouseco.com>
Cc: Alexander Chen <alexc@inhouseco.com>, Theodore Lee <tlee@inhouseco.com>, Jeannine Stepanian <jstepanian@gfwanglaw.com>

Mr. Walz:

I just called and left a message in your voicemail.  I would like to discuss this matter further with you.  Please give me a call at your earliest convenience.  If you cannot reach me in my office, please call my cell phone at (626) 215-4279.  Thank you.

Gary


Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.  The information and/or documents contained in this electronic message are from the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to this message to let us know, and then please delete this message from your system. Thank you.


[Quoted text hidden]
[Quoted text hidden]
<Declaration of Wayne Wang for Joint Motion rev.pdf>


Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.  The information and/or documents contained in this electronic message are from the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The

information is intended only for the use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to this message to let us know, and then please delete this message from your system. Thank you.

[Quoted text hidden]

---

**Gary Wang** <garywang@gfwanglaw.com>                            Tue, Nov 21, 2017 at 1:05 PM
To: William Walz <ww@inhouseco.com>
Cc: Alexander Chen <alexc@inhouseco.com>, Theodore Lee <tlee@inhouseco.com>, Jeannine Stepanian <jstepanian@gfwanglaw.com>

Mr. Walz:

I called you yesterday and left a message in your voicemail at your office.  I just called you again and left a message in your cell phone.  Please call me when you get a chance to discuss the motion to set aside default.  Thank you.

Gary

Gary F. Wang
Law Offices of Gary F. Wang
448 S. Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002
Email: garywang@gfwanglaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.  The information and/or documents contained in this electronic message are from the Law Offices of Gary F. Wang, which are confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as a designated recipient. If you are not one of the intended recipients of this message, or you are not an agent responsible for delivering it to one of the intended recipients, you are hereby notified that you have received this message in error, and any disclosure, copying, distribution or taking of any action in reliance on the contents of this electronic message is strictly prohibited. If you have received this message in error, please reply to this message to let us know, and then please delete this message from your system. Thank you.

[Quoted text hidden]