# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SINCERE ORIENT COMMERCIAL CORPORATION, a California corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>CITY OF INDUSTRY, SUCCESSOR AGENCY TO THE INDUSTRY URBAN-DEVELOPMENT AGENCY, California unit of local government; FOX LUGGAGE, INC. a California corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE No.: 2:17-CV-04755-PSG-RAO<br><br>**[PROPOSED] ORDER TO SET ASIDE DEFAULT** |

Good cause appearing therefore, the Motion to Set Aside Default filed by Defendant Fox Luggage, Inc. is granted.

**IT IS SO ORDERED.**

DATED: November ___, 2017          _____
                                   Honorable Philip S. Gutierrez
                                   United States District Court Judge

1